| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>822893<br>**Phelan Hallinan Diamond & Jones, PC**<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>**Attorneys for Secured Creditor: Wells Fargo Bank, N.A.** | <br><br>**Order Filed on July 30, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey** |
| In Re:<br><br>Riteway Services, LLC a/k/a Raymond J. Sica | Case No: 19-13876 - SLM<br><br>Hearing Date: 07/24/2019<br><br>Judge: STACEY L. MEISEL |

## ORDER RESOLVING OBJECTION TO CONFIRMATION

The order set forth on the following page, numbered two (2) through two (2) is hereby **ORDERED**.

DATED: July 30, 2019

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**NJID 822893**
**Phelan Hallinan Diamond & Jones, PC**
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
<u>Attorneys for Wells Fargo Bank, N.A.</u>

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

RITEWAY SERVICES, LLC
A/K/A RAYMOND J. SICA

CASE NO. 19-13876 - SLM

CHAPTER 13

Debtor

ORDER RESOLVING
OBJECTION TO CONFIRMATION

HEARING DATE: 07/24/2019

**This Order pertains to the property located at 18 FARMINGDALE AVENUE, BLOOMFIELD, NJ 07003, mortgage account ending with "4829";**

**THIS MATTER** having been brought before the Court by, Brian G. Hannon, Esquire, Esquire attorney for debtor, Riteway Services, LLC a/k/a Raymond J. Sica upon the filing of a Chapter 13 Plan, Wells Fargo Bank, N.A. by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

**IT IS** on the         day of         , 2019, ORDERED as follows:

1.    The debtor plan is hereby amended to allow **$56,715.03** to be paid to Wells Fargo Bank, N.A. Said amount reflects that found on Wells Fargo Bank, N.A.'s Proof of Claim.

2.    If required by the Chapter 13 Trustee, Debtor agrees to amend their Chapter 13 Plan post-confirmation to provide for the arrears listed in Wells Fargo Bank, N.A.'s allowed secured proof of claim.

3.    Debtor acknowledge that the monthly post-petition mortgage payment amount is subject to change in accordance with the terms of the note and mortgage.

4.    This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.